

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00698-CV

**IN THE INTEREST OF J.R.B., JR.**, a child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02035
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's brief in this accelerated appeal from an order in a child protection case was originally due December 30, 2019. The court granted extensions of time until January 27, 2020 to file the brief. The brief was not filed and on February 7, 2020, we ordered appellant to respond by filing the brief and providing an explanation for the failure to file a timely brief. Appellant has filed a response and a request for a further extension of time.

Appellant's response provides a reasonable explanation for delay in filing the brief. It further states that counsel, who is retained but providing services pro bono, expects to complete the brief by February 27, 2020. We grant appellant a further extension of time and order appellant's brief due March 5, 2020. However, no further extensions of time will be granted. Because this is a civil case involving a child in the conservatorship of the Texas Department of Family and Protective Services and appellant is not entitled to appointed counsel, if counsel fails to file the brief as ordered, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court